UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME CLAY,<br><br>              Plaintiff,<br><br>      v.<br><br>AT&T COMMUNICATIONS, et al.,<br><br>              Defendants. | No.  2:13-cv-1028 GEB CKD PS<br><br><br><br>ORDER |

Plaintiff is proceeding pro se.  Plaintiff has filed an in forma pauperis affidavit in which he states that his monthly take home pay is $2,000.

Pursuant to federal statute, a filing fee of $400.00 is required to commence a civil action in federal district court.  28 U.S.C. §1914(a).  The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. §1915(a).  The amount of plaintiff's income shows that plaintiff is able to pay the filing fee and costs.  Thus, plaintiff has made an inadequate showing of indigency.  See Alexander v. Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v. Rowland, 939 F.2d 854, 858 (9th Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D. Cal. 1994).  Plaintiff will therefore be granted twenty days in which to submit the appropriate filing fee to the Clerk of the Court. Plaintiff is cautioned that failure to pay the fee will result in a recommendation that the

1 application to proceed in forma pauperis be denied and the instant action be dismissed without
2 prejudice.
3 Dated: May 30, 2013

                                  _____
                                  CAROLYN K. DELANEY
                                  UNITED STATES MAGISTRATE JUDGE

7 4 clay1028.den