1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JEROME CLAY,                                    No.  2:13-cv-1028 GEB CKD PS

12                         Plaintiff,

13          v.                                         ORDER

14    AT&T COMMUNICATIONS, et al.,

15                         Defendants.

16

17          Plaintiff is proceeding pro se.  Plaintiff has filed an in forma pauperis affidavit in which he

18    states that his monthly take home pay is $2,000.

19          Pursuant to federal statute, a filing fee of $400.00 is required to commence a civil action

20    in federal district court.  28 U.S.C. §1914(a).  The court may authorize the commencement of an

21    action "without prepayment of fees and costs or security therefor, by a person who makes

22    affidavit that he is unable to pay such costs or give security therefor."  28 U.S.C. §1915(a).  The

23    amount of plaintiff's income shows that plaintiff is able to pay the filing fee and costs.  Thus,

24    plaintiff has made an inadequate showing of indigency.  See Alexander v. Carson Adult High

25    Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v. Rowland, 939 F.2d 854, 858 (9th

26    Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D. Cal. 1994).  Plaintiff will therefore

27    be granted twenty days in which to submit the appropriate filing fee to the Clerk of the Court.

28    Plaintiff is cautioned that failure to pay the fee will result in a recommendation that the

1   application to proceed in forma pauperis be denied and the instant action be dismissed without

2   prejudice.

3   Dated:  May 30, 2013

4   _____
     CAROLYN K. DELANEY

5     UNITED STATES MAGISTRATE JUDGE

6

7   4 clay1028.den

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2