UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME CLAY, | No. 2:13-cv-1028 GEB CKD PS |
| Plaintiff, | |
| v. | ORDER |
| PACIFIC BELL TELEPHONE COMPANY, INC., et. al., | |
| Defendants. | |

Plaintiff is proceeding pro se. Plaintiff has requested permission under Local Rule 133(b)(2) and (3) to utilize electronic filing. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request is granted.

2. Within seven days from the date of this order, plaintiff shall provide an e-mail address to the court for purposes of electronic filing.

Dated: July 15, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 clay1028.ecf