UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME CLAY, JR., | No. 2:13-cv-1028 GEB CKD PS |
| Plaintiff, | |
| v. | ORDER |
| PACIFIC BELL TELEPHONE COMPANY, INC., et al., | |
| Defendants. | |

This action was referred to the undersigned pursuant to Local Rule 302(c)(21). Calendared for hearing on August 14, 2013 is defendant's motion to dismiss. No opposition to the motion has been filed.

Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(i) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. The hearing date of August 14, 2013 is vacated.  Hearing on defendant's motion is
3  continued to September 25, 2013 at 10:00 a.m. in courtroom no. 24.

4  2. Plaintiff shall file opposition, if any, to the motion no later than September 4, 2013.
5  Failure to file opposition will be deemed as a statement of non-opposition and shall result in
6  submission of the motion on the papers and a recommendation that this action be dismissed
7  pursuant to Federal Rule of Civil Procedure 41(b).

8  3. Reply, if any, shall be filed no later than September 11, 2013.

9  Dated:  August 8, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 clay1028.nop.con

2