UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME CLAY,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T COMMUNICATIONS, et al.,<br><br>    Defendants. | No.  2:13-cv-1028 GEB CKD PS<br><br><br>ORDER |

      Plaintiff is proceeding pro se.  On July 11, 2013, defendant Communication Workers filed a motion to dismiss.  On August 6, 2013, plaintiff filed a first amended complaint.  Under Federal Rule of Civil Procedure 15(a)(1)(B), plaintiff's right to amend as a matter of right expired 21 days after service of defendant's motion.  The filing of the first amended complaint is therefore untimely and the first amended complaint will be stricken.[1]  Plaintiff is reminded that under the order filed August 8, 2013, opposition to the motion to dismiss must be filed no later than September 4, 2013.

/////

/////

/////

---

[1] The court notes that the first amended complaint does not cure the deficiencies raised by defendant's motion to dismiss.

1

Accordingly, IT IS HEREBY ORDERED that the first amended complaint (ECF No. 21) is stricken.

Dated:  August 13, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 clay1028.amd.strk