1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JEROME CLAY, JR.,                              No.  2:13-cv-1028 GEB CKD PS

12              Plaintiff,

13       v.                                          ORDER

14    PACIFIC BELL TELEPHONE
      COMPANY, INC., et al.,
15
                Defendants.
16

17

18          By mandate of the United States Court of Appeals for the Ninth Circuit, filed February 19,

19    2016, this matter was reversed and remanded.  ECF Nos. 45, 46.  The appellate court concluded

20    that although all of plaintiff's claims were properly dismissed, leave to amend should be granted

21    as to plaintiff's Title VII claim against defendant Pacific Bell and the FEHA and § 17200 claims

22    against defendants Union and Pacific Bell.

23          Accordingly, IT IS HEREBY ORDERED that:

24          1. No later than March 22, 2016, plaintiff shall file an amended complaint alleging only a

25    Title VII claim against defendant Pacific Bell and only FEHA and § 17200 claims against

26    defendants Union and Pacific Bell.  Failure to file an amended complaint shall result in a

27    recommendation that this action be dismissed.

28    /////

                                                    1

1       2.  Responsive pleading shall be filed no later than April 26, 2016.

2   Dated:  February 23, 2016

3                           CAROLYN K. DELANEY

4                           UNITED STATES MAGISTRATE JUDGE

5

6   4 clay1028.rem.lta

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28